```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

DAVID THOMAS, III

v.                              Case No. 8:20-cv-1714-VMC-NPM

COMMISSIONER OF SOCIAL SECURITY,
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. # 32), filed on August 4, 2022, recommending that the Commissioner's decision be affirmed. Thomas filed an Objection to the Report and Recommendation. (Doc. # 33).

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an

1

objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge. The Court agrees with Judge Mizell's findings of fact and conclusions of law and finds that the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 32) is **ACCEPTED** and **ADOPTED**.

(2) The Commissioner's decision is **AFFIRMED**.

(3) The Clerk is directed enter judgment accordingly and, thereafter, **CLOSE** this case.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 12th day of September, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE